UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

STELLA  TSOLMALIS                    Civil No. 10-174

    vs.                                          Order of Reassignment

BANK OF AMERICA

It is on this    14th   day of January, 2010

O R D E R E D  that the entitled action is reassigned from

JUDGE FREDA L. WOLFSON TO JOEL A. PISANO.

                                       S/ Garrett E. Brown, Jr.
                             GARRETT E. BROWN, JR. CHIEF JUDGE
                             UNITED STATES DISTRICT COURT